UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK WORTMANN and JOSE RODRIGUEZ, *individually and on behalf of others similarly situated*,<br><br>      *Plaintiffs*,<br><br> v.<br><br>LIVINGSTON AUTO WASH, INC., MORRISTOWN CAR WASH, LLC and PAUL RITTER,<br><br>      *Defendants.* | No. 2:18-cv-16128-ES-MAH<br><br>Civil Action<br><br><br>**NOTICE OF JOINT MOTION** |

  **PLEASE TAKE NOTICE THAT** on **Monday May 4, 2020**, at 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs and the Defendants in the above-captioned matter, by their undersigned counsel, **SHALL MOVE JOINTLY** before the Honorable Michael A. Hammer, United States Magistrate Judge, at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order granting judicial approval of the settlement agreement in the above-captioned action; and

  **PLEASE TAKE FURTHER NOTICE THAT** in support on this motion, Plaintiffs and Defendants shall rely on the accompanying joint letter brief.  A Proposed Order is also submitted; and

  **PLEASE TAKE FURTHER NOTICE THAT** Plaintiffs and Defendants request jointly that this motion be decided on the papers, without oral argument; but that counsel for Plaintiffs and Defendants will appear in the courtroom if the Court so requires.

Dated: April 1, 2020

**Jointly and respectfully submitted,**

| | |
|---|---|
| **BROWN LLC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| By: /s/ Jason T. Brown | By: /s/ Thomas A. Gentile |
| 111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br>Office Phone: (877) 561-0000<br>Cell Phone: (940) 595-5172<br>Fax: (855) JTB-LAWS | 200 Campus Drive<br>Florham Park, NJ 07932<br>Office Phone:  (973) 735-5785<br>Cell Phone; (973) 640-0877<br>Fax:  (973) 624-0808 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |