**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK WORTMANN and JOSE RODRIGUEZ, *individually and on behalf of others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LIVINGSTON AUTO WASH, INC., MORRISTOWN CAR WASH, LLC and PAUL RITTER,<br><br>*Defendants.* | No. 2:18-cv-16128-ES-MAH<br><br>Civil Action<br><br>The Honorable Michael A. Hammer, U.S.M.J.<br><br>**ORDER** |

**ORDER GRANTING JUDCIAL APPROVAL OF SETTLEMENT**

**THIS MATTER**, having come before this Honorable Court upon the **JOINT MOTION** of Plaintiffs and Defendants, seeking judicial approval of the settlement in the above-captioned action; and the Court having received and reviewed the joint moving papers of Plaintiffs and Defendants; and the Court having received and reviewed the executed settlement agreement; and for the reasons stated on the record at the telephonic fairness hearing that was conducted on Friday, May 29, 2020; and for good cause having been shown;

**ON THIS** 3rd day of June, 2020,

**IT IS HEREBY ORDERED AS FOLLOWS**: that this Court hereby finds that this case presents a *bona fide* factual and legal dispute over which this Court has jurisdiction; and that this Court finds further that the amount to be received by the Plaintiffs under the terms of the settlement agreement, as well as the payment of attorneys' fees and costs to Plaintiffs' counsel under the settlement agreement, represent a fair and reasonable resolution of the parties' *bona fide* dispute; and that this Court finds further that the settlement does not in any way frustrate the implementation of the Fair Labor Standards Act ("FLSA"); and

1

**IT IS FURTHER ORDERED** that for the reasons stated on the record at the telephonic fairness hearing, the joint motion of Plaintiff and Defendants, for judicial approval of the settlement in the above-captioned action, is hereby **GRANTED** in its entirety; and

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED**, on this 3rd day of June 2020,

BY THE COURT:

*/s Michael A. Hammer*
The Honorable Michael A. Hammer, U.S.M.J.

TO:

| | |
|---|---|
| Jason T. Brown, Esq.<br>Ching-Yuan "Tony" Teng, Esq. | Thomas A. Gentile, Esq. |
| BROWN LLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| 111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br>Office Phone: (877) 561-0000<br>Cell Phone: (940) 595-5172<br>Fax: (855) JTB-LAWS | 200 Campus Drive<br>Florham Park, NJ 07932<br>Office Phone: (973) 735-5785<br>Cell Phone; (973) 640-0877<br>Fax: (973) 624-0808 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |